**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JACKIE JOHNSON, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil Action No. 04-1520-SLR |
| | : | Criminal Action No. 96-45-SLR |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

**MOTION FOR EXTENSION OF TIME**

The United States of America, by and through its attorneys Colm F. Connolly, United States Attorney for the District of Delaware, and April M. Byrd, Assistant United States Attorney for the District of Delaware, hereby moves for an extension of time in which to respond to the petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, and in support thereof, states as follows:

1.  The petitioner's motion raises ineffective assistance of counsel and Sixth Amendment claims relating to the revocation of his supervised release.

2.  The Government respectfully requests a one-week extension to file its response to the petitioner's motion, due to the schedule of Government's counsel.  The petitioner is currently detained pending trial in a separate matter, and therefore would not be prejudiced by the brief extension.

For the foregoing reasons, the United States respectfully requests a one-week extension to

May 2, 2005 to respond to the petitioner's motion.

                        Respectfully submitted,

                        COLM F. CONNOLLY
                        United States Attorney


By:          /s/
       April M. Byrd
       Assistant United States Attorney

Dated:  April 25, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2005, two copies of the foregoing:

MOTION FOR EXTENSION OF TIME

were served via first class mail, postage prepaid, to the petitioner as follows:

>Jackie Johnson
>Reg. No. 03800-015
>Salem County Detention
>125 Cemetery Road
>Woodstown, NJ 08098

/s/
April M. Byrd
Assistant United States Attorney