**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*      *(302) 573-6277*
*1007 Orange Street, Suite 700*      *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

April 27, 2005

Honorable Sue L. Robinson
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

    Re:  United States v. Jackie Johnson
          Civil Action No. 04-1520-SLR
          Criminal Action No. 96-45-SLR

Dear Chief Judge Robinson:

     Enclosed is the proposed Order which was inadvertently omitted from the United States' Motion for Extension of Time to respond to petitioner's 28 U.S.C. § 2255 Motion.

                                Respectfully,

                                COLM F. CONNOLLY
                                United States Attorney

                BY:         /s/
                                April M. Byrd
                                Assistant United States Attorney

cc:  Jackie Johnson
      Clerk, U.S. District Court

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACKIE JOHNSON, | : |
| | : |
| Petitioner, | : |
| | : |
| v. | :   Civil Action No. 04-1520-SLR |
| | :   Criminal Action No. 96-45-SLR |
| UNITED STATES OF AMERICA, | : |
| | : |
| Respondent. | : |

## ORDER

Upon consideration of the United States' Motion for Extension of Time in which to respond to petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255,

**IT IS HEREBY ORDERED** this _____ day of _____, 2005, that the United States shall respond to petitioner's 28 U.S.C. § 2255 motion on or before May 2, 2005.

 

HONORABLE SUE L. ROBINSON
Chief Judge