IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JACKIE JOHNSON, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil Action No. 04-1520-SLR |
| | : | Criminal Action No. 96-45-SLR |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

## ORDER

Upon consideration of the United States' Motion for Extension of Time in which to respond to petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255,

**IT IS HEREBY ORDERED** this ___29th___ day of ___April___, 2005, that the United States shall respond to petitioner's 28 U.S.C. § 2255 motion on or before May 2, 2005.

                                                             HONORABLE SUE L. ROBINSON
                                                             Chief Judge