AO 245B (Rev. 3/95) Sheet 1 - Judgment in a Criminal

# United States District Court

## District of Delaware

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>**Jackie Johnson** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number:  **1:96CR00045-001**<br><br>**James S. Green, Esquire**<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)   **4 of the Indictment and counts S1, S2 and S3 of the Information.**

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. ' 841 (a)(1) & (b)(1)(C) | Distribution of cocaine | 12/08/1995 | 4 |
| 21 U.S.C. ' 846 and 841 (a)(1) & (b)(1)(A) | Conspiracy to distribute cocaine and cocaine base | 04/25/1996 | S1 |
| 18 U.S.C. ' 1956(a)(1)(B)(i) and 18 USC ' 2 | Money laundering | 03/05/1996 | S2 |
| 21 U.S.C. ' 853 & 846 | Criminal forfeiture of $100,000 | 04/25/1996 | S3 |

The defendant is sentenced as provided in pages 2 through  **6**  of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) **1,2,3,5,6 &7 of the indictment**  are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.:  **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**<br>Defendant's Date of Birth:  **05/27/1975**<br>Defendant's USM No.:  **03800-015**<br>Defendant's Residence Address:<br>**4264 DuPont Parkway** | **09/23/1997**<br>Date of Imposition of Judgment |
| **Townsend**           **DE**      **19734** | *[signature]*<br>Signature of Judicial Officer |
| Defendant's Mailing Address:<br>**4264 DuPont Parkway** | **Honorable Murray M. Schwartz**<br>**United States District Judge**<br>Name & Title of Judicial Officer |
| **Townsend**           **DE**      **19734** | *October 2, 1997*<br>Date |

**A**

AO 245B (Rev. 3/95) Sheet 2 - Imprisonment

Judgment-Page __2__ of __6__

DEFENDANT:      Jackie Johnson
CASE NUMBER:    1:96CR00045-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ___10___ year(s)

10 years on count S1 of the Information and count 4 of the Indictment and for a term of 46 months on count S2 of the Information, that term to run concurrently with the sentence imposed under counts 4 and S1.

☒  The court makes the following recommendations to the Bureau of Prisons:

Defendant be incarcerated in an institution that has a drug treatment program.

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

☐  at _____ a.m./p.m.  on _____ .

☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐  before 2 p.m. on _____ .

☐  as notified by the United States Marshal.

☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

AO 245B (Rev. 3/95) Sheet 3 - Supervised Release

DEFENDANT:      Jackie Johnson
CASE NUMBER:    1:96CR00045-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of _____5_____ year(s)

5 years for count S1 of the Information and 3 years each on count 4 of the Indictment and count S2 of the Information, all such terms to run concurrently.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐  The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☐  The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).

See Special Conditions of Supervision - Sheet       3.01

## STANDARD CONDITIONS OF SUPERVISION

1)  the defendant shall not leave the judicial district without the permission of the court or probation officer;
2)  the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4)  the defendant shall support his or her dependents and meet other family responsibilities;
5)  the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6)  the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7)  the defendant shall refrain from excessive use of alcohol;
8)  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)  the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 3/95) Sheet 3 - Supervised Release

DEFENDANT:      Jackie Johnson
CASE NUMBER:    1:96CR00045-001

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as defendant is released from the program by the probation officer.

The defendant shall provide the probation officer with access to any requested financial information.

AO 245B (Rev. 3/95) Sheet 5, Part A - Criminal Monetary Penalties

DEFENDANT:    Jackie Johnson
CASE NUMBER:    1:96CR00045-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 200.00 | $ | $ |

☐ If applicable, restitution amount ordered pursuant to plea agreement . . . . . . . . . . . .  $ _____

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ _____ .

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ The interest requirement is waived.

    ☐ The interest requirement is modified as follows:

## RESTITUTION

☐ The determination of restitution is deferred in a case brought under Chapters 109A, 110, 110A and 113A of Title 18 for offenses committed on or after 09/13/1994, until _____ . An Amended Judgment in a Criminal Case will be entered after such determination.

☐ The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | ** Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| | | | |

        **Totals:** $ _____  $ _____

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994.

AO 245B (Rev. 3/95) Sheet 5, Part B - Criminal Monetary Penalties

DEFENDANT:   Jackie Johnson
CASE NUMBER:   1:96CR00045-001

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A  ☒  in full immediately; or

B  ☐  $ _____ immediately, balance due (in accordance with C, D, or E); or

C  ☐  not later than _____ ; or

D  ☐  in installments to commence _____ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E  ☐  in _____ (e.g. equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ year(s) to commence _____ day(s) after the date of this judgment.

The National Fine Center will credit the defendant for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

Criminal monetary penalty payments, with the exception of restitution, should be made payable to Clerk, U.S. District Court. Any restitution ordered is to be made payable to the victim, and collected by the U.S. Probation Office.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments are to be made to the United States Courts National Fine Center, Administrative Office of the United States Courts, Washington, DC 20544, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program. If the National Fine Center is not operating in this district, all criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney.

REDACTED

AO 245C (Rev. 3/95) Sheet 1 - Amended Judgment in a Criminal Case        (NOTE: Identify Changes with Asterisks (*))

# United States District Court
## District of Delaware

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| v. | (For Offenses Committed On or After November 1, 1987) |
| **Jackie Johnson** | Case Number:  **1:96CR00045-001** |

**Date of Original Judgment:**  09/23/1997
(or Date of Last Amended Judgment)

**James S. Green, Esquire**
Defendant's Attorney

**Reason for Amendment:**

- ☐ Correction of Sentence on Remand (Fed. R. Crim. P. 35(a))
- ☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))
- ☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(c))
- ☐ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

- ☐ Modification of Supervision Conditions (18 U.S.C. § 3563(c) or 3583(e))
- ☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
- ☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
- ☒ Direct Motion to District Court Pursuant to    ☒ 28 U.S.C. § 2255,
  - ☐ 18 U.S.C. § 3559(c)(7), or    ☐ Modification of Restitution Order

**THE DEFENDANT:**

- ☒ pleaded guilty to count(s)  **\* 4 of Indct. , 2s and 3s of Inform., and Count 1ss of Second Information**
- ☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
- ☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 841 (a)(1) & (b) | Distribution of cocaine | 12/08/1995 | 4 |
| \* 21 U.S.C. § 846 | Conspiracy to distribute cocaine and cocaine base | 04/25/1996 | 1ss |
| 18 U.S.C. § 1956 | Money laundering | 03/05/1996 | 2s |
| 21 U.S.C. § 853 | Criminal forfeiture of $100,000 | 04/25/1996 | 3s |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- ☐ The defendant has been found not guilty on count(s) _____
- ☒ Count(s)  **\* 1,2,3,5,6 & 7 OF IND.& 1s INFO.**   are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.:   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 | **11/22/1999** |
| Defendant's Date of Birth:   05/27/1975 | Date of Imposition of Judgment |
| Defendant's USM No.:   03800-015 | |
| Defendant's Residence Address: | |
| **\* 4264 DuPont Parkway** | *Murray M. Schwartz* (signature) |
| | Signature of Judicial Officer |
| **Townsend**    **DE**    **19734** | **Honorable Murray M. Schwartz** |
| | **United States District Judge** |
| Defendant's Mailing Address: | Name & Title of Judicial Officer |
| **\* 4264 DuPont Parkway** | |
| | Dec. 2, 1999 |
| **Townsend**    **DE**    **19734** | Date |

B

AO 245C (Rev. 3/95) Amended Judgment in a Criminal Case: Sheet 2 - Imprisonment          (NOTE: Identify Changes with Asterisks (*))

Judgment-Page __2__ of __6__

DEFENDANT:      Jackie Johnson
CASE NUMBER:    1:96CR00045-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of    *    86    month(s)    .

86 months on count 1ss of the Second Felony Information and count 4 of the Indictment to run concurrently, and a term of 46 months on count 2s of the First Felony Information, that term to run concurrently with the sentence imposed under counts 4 and 1ss of the Second Felony Information.

☒ The court makes the following recommendations to the Bureau of Prisons:

1) Defendant be incarcerated in an institution that has a drug treatment program.

2) The five-month sentence imposed by the District Court of New Jersey in CR 96-208, ordered to run consecutive to the sentence in this case, originally imposed on 09-23-97, shall continue to run consecutive to this amended judgment.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ a.m./p.m.  on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

AO 245C (Rev. 3/95) Amended Judgment in a Criminal Case: Sheet 3 - Supervised Release      (NOTE: Identify Changes with Asterisks (*))

Judgment-Page __3__ of __6__

DEFENDANT: **Jackie Johnson**
CASE NUMBER: **1:96CR00045-001**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **\*    5    year(s)**

5 years for count 1ss of the Second Felony Information and 3 years each on count 4 of the Indictment and count 2s of the First Felony Information, all such terms to run concurrently.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☐ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).

See Special Conditions of Supervision - Sheet   3.01

# STANDARD CONDITIONS OF SUPERVISION

1)  the defendant shall not leave the judicial district without the permission of the court or probation officer;
2)  the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4)  the defendant shall support his or her dependents and meet other family responsibilities;
5)  the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or    other acceptable reasons;
6)  the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7)  the defendant shall refrain from excessive use of alcohol;
8)  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)  the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245C (Rev. 3/95) Amended Judgment in a Criminal Case: Sheet 3 - Supervised Release

DEFENDANT:       Jackie Johnson
CASE NUMBER:     1:96CR00045-001

# SPECIAL CONDITIONS OF SUPERVISION

*The defendant shall participate in a program of drug testing and treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

*The defendant shall provide the probation officer with access to any requested financial information.

Judgment-Sheet ____3.01____

AO 245C (Rev. 3/95) Amended Judgment in a Criminal Case, Sheet 5, Part A - Criminal Monetary Penalties

DEFENDANT:    Jackie Johnson
CASE NUMBER:    1:96CR00045-001

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| Totals: | *  $        200.00 | $ | $ |

☐  If applicable, restitution amount ordered pursuant to plea agreement . . . . . . . . . . .    $ _____

# FINE

The above fine includes costs of incarceration and/or supervision in the amount of    $ _____

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐  The interest requirement is waived.

☐  The interest requirement is modified as follows:

# RESTITUTION

☐  The determination of restitution is deferred in a case brought under Chapters 109A, 110, 110A and 113A of Title 18 for offenses committed on or after 09/13/1994, until _____.  An Amended Judgment in a Criminal Case will be entered after such determination.

☐  The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | ** Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
|  |  |  |  |

|  |  |  |
|---|---|---|
| Totals: | $ _____ | $ _____ |

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994.

AO 245C (Rev. 3/95) Amended Judgment in a Criminal Case: Sheet 5, Part B - Criminal Monetary Penalties

Judgment-Page  5  of  6

DEFENDANT:      Jackie Johnson
CASE NUMBER:    1:96CR00045-001

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A  ☒  in full immediately; or

B  ☐  $ _____ immediately, balance due (in accordance with C, D, or E); or

C  ☐  not later than _____ ; or

D  ☐  in installments to commence _____ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E  ☐  in _____(e.g. equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ year(s) to commence _____ day(s) after the date of this judgment.

The National Fine Center will credit the defendant for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

**Criminal monetary penalty payments, with the exception of restitution, should be made payable to Clerk, U.S. District Court. Any restitution ordered is to be made payable to the victim, and collected by the U.S. Probation Office.**

☐  Joint and Several

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments are to be made to the United States Courts National Fine Center, Administrative Office of the United States Courts, Washington, DC 20544, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program. If the National Fine Center is not operating in this district, all criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney.

REDACTED

PROB 7A
(6/90)

Conditions of Probation and Supervised Release

# UNITED STATES DISTRICT COURT
### For The
### District of Delaware

To:        Jackie Johnson                                          Docket No. 96-45-001 (MMS)
Address:   4264 DuPont Parkway
           Townsend, DE 19734

       Under the terms of your sentence, you have been placed on supervised release by the Honorable Murray M. Schwartz, Senior, United States District Judge for the District of Delaware. Your term of supervision is for a period of five years commencing upon release.

       While on supervised release, you shall not commit another Federal, state, or local crime and shall not illegally possess a controlled substance. Revocation of probation and supervised release is mandatory for possession of a controlled substance.

CHECK IF APPROPRIATE:

[ ]   As a condition of supervision, you are instructed to pay a fine in the amount of $ ; it shall be paid in the following manner: .

[ ]   As a condition of supervision, you are instructed to pay restitution in the amount of $ to ; it shall be paid in the following manner: .

[X]   The defendant shall not possess a firearm or destructive device. Probation must be revoked for possession of a firearm.

[X]   The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

[ ]   The defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two periodic tests thereafter.

**It is the order of the Court that you shall comply with the following standard conditions:**

(1)     You shall not leave the judicial district without permission of the Court or probation officer;

(2)     You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month;

(3)     You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

(4)     You shall support your dependents and meet other family responsibilities;

(5)     You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;

(6)     You shall notify the probation officer ten days prior to any change of residence or employment;

(7)     You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

(8)  You shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

(9)  You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

(10) You shall permit a probation officer to visit at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

(11) You shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

(12) You shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the Court;

(13) As directed by the probation officer, you shall notify third parties of risks that may be occasioned by your criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm your compliance with such notification requirement.

**The special conditions ordered by the Court are as follows:**

The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

The defendant shall provide the probation officer with access to any requested financial information.

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision or (2) extend the term of supervision and/or modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions, and have been provided a copy of them.

(Signed) _Jackie Johnson_                    _11-22-99_
                      Defendant                          Date

_____                    _11/22/99_
U.S. Probation Officer/Designated Witness        Date

REDACTED

RP

PROB 12
(Rev 02/94)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED

[illegible stamp]

UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )
                                   )
          vs.                      )        Criminal Action No. 1:96CR00045-001
                                   )
Jackie M. Johnson,                 )
                                   )
                    Defendant.     )

Petition on Probation and Supervised Release

COMES NOW Craig H. Carpenter Probation Officer of the Court presenting an official report upon the conduct and attitude of Jackie M. Johnson , who was placed on supervision by the Honorable Murray M. Schwartz , sitting in the court at Wilmington, Delaware on the 23rd day of September 1997 , who fixed the period of supervision at 5 years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer.

2. The defendant shall provide the probation officer with access to any requested financial information.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**Please See Attached**

PRAYING THAT THE COURT WILL ORDER ... a warrant for the arrest of Jackie M. Johnson, so he can be brought before the Court on a charge he has violated federal supervised release.

ORDER OF COURT

So ordered this ___6___
day

of _January_ 2004.

_____
U. S. District Judge

Respectfully,

_____
U.S. Probation Officer

Place    Wilmington, Delaware

Date    January 5, 2004

_____

E

Page 2
RE: Jackie Johnson
    Request for Warrant

**Mandatory Condition:** The defendant shall not commit another federal, state, or local crime.

**Evidence:** On or about December 31, 2003, members of the Delaware State Police were conducting surveillance in the area of the University Plaza, Newark, Delaware. The defendant, Jackie Johnson, was observed driving through the University Plaza parking lot in a gold colored Chrysler Concorde displaying Delaware license plate number 997746. The police initiated a traffic stop on Mr. Johnson. Police observed a clear ziplock bag containing an off white chunky substance under the armrest on the front seat of the vehicle. Both the defendant and the evidence were transported to Troop 2 for processing. The Delaware State Police field tested the white chunky substance finding it tested positive for cocaine. The amount of cocaine in the defendant's possession weighed approximately 272.3 grams. The defendant was charged with State law violations of trafficking in cocaine-over 100 grams, possession with intent to deliver cocaine and maintaining a vehicle for keeping controlled substances.

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## District of Delaware

UNITED STATES OF AMERICA
### V.

JACKIE JOHNSON

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Case Number: 1:96-CR-045-001-SLR

USM Number:

John S. Malik, Esq.
Defendant's Attorney

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

☒ was found in violation of condition(s) Grade A - Mandatory Condition _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | The defendant shall not commit another federal, state, or local crime. | 12/31/2003 |
| | | |
| | | |
| | | |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:    -1221

Defendant's Date of Birth:    1975

Defendant's Residence Address:

Townsend, DE

Defendant's Mailing Address:

04/26/2004
Date of Imposition of Judgment

Signature of Judge

The Honorable Sue L. Robinson, Chief U.S. District Judge-Delaware
Name and Title of Judge

4/26/04
Date

F

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
            Sheet 2 Imprisonment

DEFENDANT:  JACKIE JOHNSON                              Judgment Page  2    of  2
CASE NUMBER: 1:96-CR-045-001-SLR

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

24 months, with credit time-served.

☐  The court makes the following recommendations to the Bureau of Prisons:

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at    _____  ☐ a.m.  ☐ p.m.  on  _____

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on  _____

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered _____ to _____

a_____ with a certified copy of this judgment.

CERTIFIED: 4/26/04
AS A TRUE COPY
    ATTEST:
PETER T. DALLEO, CLERK            By _____
                                       DEPUTY UNITED STATES MARSHAL
BY  Francesca Tassone
    Deputy Clerk

UNITED STATES MARSHAL