Case 1:96-cr-00045-SLR   Document 97   Filed 10/21/2005   Page 1 of 2

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JACKIE JOHNSON, | : | |
| | : | |
| Petitioner, | : | |
| | : | Civil Action No. 04-1520-SLR |
| v. | : | Criminal Action No. 96-45-SLR |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

## SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of April M. Byrd, as attorney of record for the United States, and enter the appearance of Christopher J. Burke, Assistant United States Attorney for the District of Delaware, in the above-captioned case.

                                                                       Respectfully submitted,

                                                                        COLM F. CONNOLLY
                                                                        United States Attorney

BY: _____/s/_____
        Christopher J. Burke
        Assistant United States Attorney
        Nemours Building, Suite 700
        1007 Orange Street
        P.O. Box 2046
        Wilmington, DE 19899-2046
        302-573-6277, x142

Dated: October 21, 2005

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JACKIE JOHNSON, | : | |
| | : | |
| Petitioner, | : | |
| | : | Civil Action No. 04-1520-SLR |
| v. | : | Criminal Action No. 96-45-SLR |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

    I, Christopher J. Burke, Assistant United States Attorney for the District of Delaware, hereby certify that on the 21st day of October, 2005, I caused to be electronically filed a **Substitution of Counsel And Entry of Appearance** with the Clerk of the Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify that a copy of the foregoing was mailed via first class mail to counsel of record as follows:

    Mark S. Greenberg, Esquire
    LaCheen, Dixon, Wittels & Greenberg LLP
    1429 Walnut Street, 13th Floor
    Philadelphia, PA 19102

                                                       /s/
                                        Christopher J. Burke
                                        Assistant United States Attorney