IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACKIE M. JOHNSON, | ) |
| Petitioner, | ) ) ) |
| v. | ) Crim. No. 96-0045-SLR |
| UNITED STATES OF AMERICA, | ) Civ. No. 04-1520-SLR ) ) |
| Respondent. | ) |

O R D E R

At Wilmington this 2d day of February, 2006, for the reasons stated in a memorandum opinion issued this same date;

IT IS ORDERED that:

1. Petitioner's above captioned application for habeas corpus relief filed pursuant to 28 U.S.C. § 2255 is dismissed and the writ denied. (D.I. 85)

2. For the reasons stated in the court's memorandum opinion, petitioner has failed to make a "substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), and a certificate of appealability is not warranted. See United States v. Eyer, 113 F.3d 470 (3d Cir. 1997); 3d Cir. Local Appellate Rule 22.2 (1998).

_____
United States District Judge